**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| EDDIE TADLOCK § | |
| § | |
| v.  § | CASE NO. 6:17cv510-JDL |
| § | |
| SWAN ELECTRICAL SERVICES, § | |
| CORP. § | |

## FINAL JUDGMENT

Pursuant to the Stipulation of Dismissal, the Court hereby enters Final Judgment.  Plaintiff Eddie Tadlock, filed suit against Defendant Swan Electrical Services, Corp. on September 7, 2017.

**IT IS HEREBY ORDERED** that the above-entitled and numbered cause of action is **DISMISSED WITHOUT PREJUDICE**.  All costs are to be borne by the party that incurred them.

All motions by either party not previously ruled on are hereby **DENIED**.

The Clerk of the Court is directed to close this case.

**So ORDERED and SIGNED this 1st day of February, 2018.**

*[signature: John D. Love]*
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE